382 A.2d 760

Miller v. Miller, Appellant.

Submitted June 16, 1977.   Cleveland C. Hummel, and Hummel, James & Mihalik, for appellant;   Thomas J. Evans, for appellee.

Order affirmed.

382 A.2d 760

Posh Construction, Inc. v. Simmons & Greer, Inc., et al., Appellants, et al.

Argued December 8, 1976. David L. Shenkle, with him David M. Kozloff, for appellants;   Lewis R. Long, for appellee.

Order affirmed.